UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ,
                          Plaintiff,

          -v-

BATH & BODY WORKS, LLC,
                         Defendant.

19-CV-9856 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Himelda Mendez brought suit against Bath & Body Works, LLC, alleging that the company's failure to sell Braille gift cards is discrimination prohibited by federal and state law. Bath & Body Works moved to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), and the Court concluded that Mendez has failed to state a claim. (Dkt. No. 24.) The Court allowed Plaintiff to file a letter motion requesting leave to file a second amended complaint on or before October 6, 2020, or to otherwise file a status letter, warning that if Plaintiff does not amend a file a letter before then that the Court would enter final judgment and direct the Clerk of Court to close this case. (*Id*.) As Plaintiff has failed to file anything with the Court, this case is dismissed with prejudice.

      The Clerk of Court is directed to enter judgment for Defendant Bath & Body Works, LLC accordingly, and to close this case.

      SO ORDERED.

Dated: October 7, 2020
       New York, New York

                                                  _____
                                                       J. PAUL OETKEN
                                                    United States District Judge