**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HIMELDA MENDEZ,

                        Plaintiff,

      -against-                                    19 **CIVIL** 9856 (JPO)

                                                       **JUDGMENT**

BATH & BODY WORKS, LLC,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2020, Bath & Body Works moved to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), and the Court concluded that Mendez has failed to state a claim. (Dkt. No. 24.) The Court allowed Plaintiff to file a letter motion requesting leave to file a second amended complaint on or before October 6, 2020, or to otherwise file a status letter, warning that if Plaintiff does not amend a file a letter before then that the Court would enter final judgment and direct the Clerk of Court to close this case. (*Id*.) As Plaintiff has failed to file anything with the Court, this case is dismissed with prejudice, and judgment is entered for Defendant Bath & Body Works, LLC; accordingly, this case is closed.

**Dated:** New York, New York
           October 8, 2020

                                                                   **RUBY J. KRAJICK**
                                                                   _____
                                                                      **Clerk of Court**
                                                            **BY:**
                                                                   _____
                                                                        **Deputy Clerk**